**Motions Granted; Memorandum Opinion filed July 11, 2017, Withdrawn; Appeal Reinstated, and Order filed July 27, 2017.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-17-00377-CR

———————

**TERRY DANELL WARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 155th District Court**
**Austin County, Texas**
**Trial Court Cause No. 2017R-0011**

---

## ORDER

This court dismissed this appeal on July 11, 2017. Appellant and the State both filed motions for rehearing, which we construe as motions to reinstate. The motions are GRANTED. This court's opinion filed July 11, 2017, is WITHDRAWN, and our judgment of that date is VACATED. The appeal is ordered REINSTATED. The reporter's record is due by **August 28, 2017**.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.